**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Efren Medina,<br><br>　　　　　Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Respondents. | No. CV-21-00889-PHX-GMS<br><br>**ORDER**<br><br><u>DEATH-PENALTY CASE</u> |

　　　　Before the Court is Petitioner Efren Medina's Motion to Continue the November 19, 2021, hearing (Doc. 15) on Respondents' Motion to Preclude Victim Contact (Doc. 10). Respondents do not oppose the hearing's continuance (Doc. 15 at 2). Good cause appearing,

　　　　**IT IS HEREBY ORDERED** granting Petitioner Medina's Motion to Continue Hearing (Doc. 15).

　　　　**IT IS FURTHER ORDERED** that the in-person hearing on Respondents' Motion to Preclude is reset from November 19, 2021 to **December 6, 2021 at 11:00 a.m.**, before Chief District Judge G. Murray Snow, U.S. District Court, Courtroom 601, 401 W. Washington Street, Phoenix, AZ 85003.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** affirming all remaining orders in the initial order setting a hearing on the motion to preclude (Doc. 13) and as amended (Doc. 14).

Dated this 28th day of October, 2021.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge

cc:
Attorney General's Office of Victim Services, 2005 N. Central Ave., Phoenix, AZ 85004
Arizona Voice for Crime Victims, P.O. Box 12722, Scottsdale, Arizona, 85267