**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Efren Medina, | No. CV-21-00889-PHX-GMS |
| Petitioner, | **ORDER** |
| v. | <u>DEATH PENALTY CASE</u> |
| David Shinn, et al., | |
| Respondents. | |

Before the Court is Petitioner Efren Medina's unopposed second motion to extend the deadline to file an amended habeas corpus petition. (Doc. 30.) Medina requests an additional 60 days, from the present September 9, 2022, deadline, because his counsel and two members of counsel's legal team have had to recover from recent health issues and the Federal Public Defender's Office has recently added new members to the team, who need time "to sufficiently learn" about Medina's case "so as to conduct informed interviews with potential witnesses." (*Id*.; Doc. 29 at 1.) Good cause appearing,

**IT IS ORDERED granting** Medina's Unopposed Motion for Extension of Time to File Amended Petition for Writ of Habeas Corpus (Doc. 30). The Court is not inclined to grant further extensions of time for Medina to file this petition absent a showing of extraordinary circumstances.

**IT IS FURTHER ORDERED** adjusting the briefing schedule as follows:

1. Medina shall file an amended petition by **November 8, 2022**.
2. Respondents shall file an answer to the amended petition by **February 10,**

**2023**.

3. Medina shall file a reply by **March 27, 2023**.

4. Any notice of request for evidentiary development shall be filed by **May 26, 2023**.

5. Any response to a notice of request for evidentiary development shall be filed by **June 23, 2023**.

6. Any reply to a response to a notice of request for evidentiary development shall be filed by **July 7, 2023**.

Dated this 5th day of August, 2022.

_____
G. Murray Snow
Chief United States District Judge