**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Efren Medina, | No. CV-21-00889-PHX-GMS |
| Petitioner, | **ORDER** |
| v. | <u>DEATH PENALTY CASE</u> |
| Ryan Thornell, et al., | |
| Respondents. | |

Petitioner Efren Medina has moved for leave to exceed the page limit of his reply in support of his amended habeas petition. (Doc. 68.) With the motion, he has lodged his Proposed Reply. (Doc. 69.) The reply "may not exceed 100 pages, exclusive of attachments," absent the Court's leave. LRCiv 3.5(b). The Court may grant such leave based on good cause. *Id*.

Medina's Proposed Reply exceeds the 100-page limit by 15 pages. (Doc. 69.) As good cause to exceed that limit, Medina states that the state-court record is extensive and complex. (Doc. 68 at 2.) He also asserts that *Shinn v. Ramirez*, 596 U.S. 366 (2022), has enlarged his Reply's arguments and that his counsel has diligently tried to meet the 100-page limit.[1] (*Id*.) Respondents do not object. (*Id*.) Good cause appearing,

///

///

---

[1] *Ramirez* issued after Medina filed his initial habeas petition but before he filed his amended one. (Docs. 27 and 33.) Respondents discuss *Ramirez* in their Answer. (Doc. 43.)

**IT IS ORDERED granting** Medina's Unopposed Motion for Leave to File Overlength Lodged Proposed Reply (Doc. 68) and **directing** the Clerk of Court to file the Lodged Proposed Reply (Doc. 69).

Dated this 12th day of August, 2024.

_____
G. Murray Snow
Chief United States District Judge