Jon M. Sands
Federal Public Defender
District of Arizona
Maren K. Dale (AZ Bar No. 036815)
Assistant Federal Public Defender
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
Maren_Dale@fd.org
602.382.2816 Telephone
602.889.3960 Facsimile

*Counsel for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Efren Medina,<br><br>Petitioner,<br><br>vs.<br><br>Ryan Thornell, et al.,<br><br>Respondents. | No. CV-21-00889-PHX-GMS<br><br>**DEATH-PENALTY CASE**<br><br>**Status Report** |

On January 21, 2026, the Court granted petitioner Efren Medina's motion to stay and abey his habeas corpus case pending the resolution of new state-court proceedings, and it authorized Mr. Medina's habeas counsel to pursue those new proceedings. (Dkt. No. 102.) On April 21, 2026, the Court further ordered that on May 1, 2026, and then every 90 days thereafter, Mr. Medina must file a status report regarding his state-court proceedings. (Dkt. No. 105.) Pursuant to that order, Mr. Medina now provides the following report on the status of his post-conviction case:

On September 8, 2026, Judge Wingard held a status conference. Judge Wingard confirmed the deadline for Mr. Medina's Petition as September 11, 2026, and the State's Response deadline as October 23, 2026. A review hearing was set for November 2, 2026.

On September 11, 2026, Mr. Medina filed a redacted Petition for Post Conviction Relief with exhibits, a Motion to Release Co-defendant's Grand Jury Transcript, and a Motion to File Under Seal. Mr. Medina also submitted to chambers an unredacted Petition

for Post-Conviction Relief. On September 17, 2026, Mr. Medina filed a Motion Compel Discovery, along with exhibits. At the court's direction, on October 7, Mr. Medina noticed the court that he served the Motion to Release Co-defendant's Grand Jury Transcript on co-defendant Ernie Aro. The court granted the State's request for an extension of time to file its Response to the Motion to Compel Discovery, which is due today, October 28. The court also granted the State's request for an extension of time to file its response to Defendant's Petition for Post-Conviction Relief, which is currently due on December 28, 2026.

Mr. Medina will file another status report in 90 days.

Respectfully submitted this 28th day of October 2026.

Jon M. Sands
Federal Public Defender

Maren K. Dale
Assistant Federal Public Defenders

s/ Maren K. Dale
Counsel for Petitioner

**Certificate of Service**

I hereby certify that on October 28, 2026, I electronically filed the foregoing **Status Report** with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Daniel Juarez
Assistant Paralegal
Capital Habeas Unit